# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | MDL No. 13-2441 (DWF/FLN) |
| This Document Relates to:<br><br>Plaintiff,<br><br>vs.<br><br>HOWMEDICA OSTEONICS d/b/a STRYKER ORTHOPAEDICS, STRYKER CORP., STRYKER SALES CORPORATION and STRYKER IRELAND LIMITED,<br><br>Defendants. | **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1.  Plaintiff, _____, states and brings this civil action in MDL No. 2441, entitled *In Re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*. Plaintiff is filing this Short Form Complaint as permitted by Pretrial Order #10 dated January 23, 2014 of this Court.

## PARTIES, JURISDICTION AND VENUE

2.  Plaintiff, _____, is a resident and citizen of the State of _____ and claims damages as set forth below.

3.  Venue of this case is appropriate in the United States District Court,

_____ District of _____. Plaintiff states that but for the Order permitting directly filing into the District of Minnesota pursuant to Pretrial Order No. 4, Plaintiff would have filed in the United States District Court, _____ District of _____. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

    4.    Plaintiff brings this action *[check the applicable designation]*:

_____    On behalf of himself/herself;

_____    In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

## FACTUAL ALLEGATIONS

Allegations as to **Right-Side** Implant/Explant Surgery(ies):

    5.    Plaintiff was implanted with a _____Modular hip stem on his/her right hip on or about _____  ___, _____ at the _____ _____(medical center and address) by Dr. _____.

    6.    Plaintiff _____ the right hip stem at issue explanted on _____

2

\_\_\_, _____ at _____

_____ (medical center and address) by Dr. _____.

<u>Allegations as to **Left-Side** Implant/Explant Surgery(ies):</u>

    7.    Plaintiff was implanted with a _____Modular hip stem on his/her left hip on or about _____ \_\_\_, \_\_\_\_\_ at the _____

_____(medical center and address) by Dr. _____.

    8.    Plaintiff _____ the left hip stem at issue explanted on _____ \_\_\_, _____ at _____ (medical center and address) by Dr. _____.

## **ALLEGATIONS AS TO INJURIES**

    9.    Plaintiff claims damages as a result of (check all that are applicable):

    _____                INJURY TO HERSELF/HIMSELF

    _____                INJURY TO THE PERSON REPRESENTED

    _____                WRONGFUL DEATH

    _____                SURVIVORSHIP ACTION

    _____                ECONOMIC LOSS

    10.    Plaintiff has suffered injuries as a result of implantation of the Device at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

    11.    Plaintiff has suffered injuries as a result of the explantation of the Device at

issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

12.     Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

13.     Plaintiff could not have known that the injuries he/she suffered were as a result of a defect in the Device at issue until after the date the Device was recalled from the market and the Plaintiff came to learn of the recall.

14.     In addition, Plaintiff could not have known that he/she was injured by excessive levels of chromium and cobalt until after the date he/she had his/her blood drawn and he/she was advised of the results of said blood-work and the fact that those blood work abnormalities were attributable to a defect in the Device at issue.

## CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

15.     The following claims and allegations are asserted by Plaintiff and are herein adopted by reference (check all that are applicable):

　　　_____　　　COUNT I - NEGLIGENCE;

　　　_____　　　COUNT II - NEGLIGENCE PER SE;

　　　_____　　　COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;

　　　_____　　　COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;

　　　_____　　　COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;

4

_____          COUNT VI - BREACH OF EXPRESS WARRANTY;

_____          COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;

_____          COUNT VIII - BREACH OF IMPLIED WARRANTIES;

_____          COUNT IX - VIOLATION OF MINNESOTA DECEPTIVE ACTS AND PRACTICES, UNFAIR TRADE PRACTICES, CONSUMER PROTECTION, MERCHANDISING PRACTICES AND FALSE ADVERTISING ACTS

_____          COUNT X – VIOLATION OF CONSUMER FRAUD AND/ OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW;

_____          COUNT XI - NEGLIGENT MISREPRESENTATION

_____          COUNT XII - LOSS OF CONSORTIUM

_____          COUNT XIII – UNJUST ENRICHMENT

_____          COUNT XIV – WRONGFUL DEATH

In addition to the above, Plaintiff asserts the following additional causes of action under applicable state law:

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For all applicable statutory damages of the state whose laws will govern this

5

       3.      action;

       3.      For an award of attorneys' fees and costs;

       4.      For prejudgment interest and costs of suit;

       5.      For restitution and disgorgement of profits; and,

       6.      For such other and further relief as this Court may deem just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Date: _____                               Respectfully submitted,


                                                                  */s/*_____